UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DICKSTEIN SHAPIRO, LLP, <br><br> Defendant. | Civil Action No. 1:10-cv-454-RCL |

### NOTICE OF WITHDRAWAL OF MATTHEW M. HOFFMAN

Pursuant to Local Rule 83.6(b), Matthew M. Hoffman hereby gives notice of his withdrawal as counsel for defendant Dickstein Shapiro, LLP ("Defendant"), in the above-captioned matter. No trial date has been set in this matter. The Defendant will continue to be represented by John D. Aldock and Jacob R. Osborn of Goodwin Procter LLP. Please remove Matthew M. Hoffman from the docket as counsel of record in this action.

Dated: October 16, 2015

Respectfully submitted,

/s/ Matthew M. Hoffman
Matthew M. Hoffman (DC Bar No. 457773)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
Tel: (202) 346-4000
Fax: (202) 346-4444
Email: mhoffman@goodwinprocter.com

*Attorney for Defendant Dickstein Shapiro, LLP*

## **CERTIFICATE OF SERVICE**

  I, Matthew M. Hoffman, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 16, 2015.

                 /s/ Matthew M. Hoffman